JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNETTE RODNEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A,<br><br>Defendant. | Case No. 5:24-cv-02201-SSS-SHKx<br>Hon. Sunshine S. Sykes<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF BANK OF AMERICA, N.A.**<br><br>Date:       October 31, 2025<br>Time:       2:00 p.m.<br>Dept:        2, 2nd Floor<br><br>Action Filed:   October 12, 2024 |

The motion of Defendant BANK OF AMERICA, N.A. ("Defendant") to dismiss the Second Amended Complaint of Plaintiff GLENNETTE RODNEY pursuant to the Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted was set for hearing on October 31, 2025 at 2:00 p.m. in Department 2 of the above-entitled Court. On October 23, 2025, the Honorable Sunshine S. Sykes found the matter appropriate for resolution without oral argument, and vacated the October 31, 2025, hearing.

The Court after considering the moving papers, and any opposition and reply thereto and the arguments therein, granted Defendant's motion to dismiss Plaintiff's Second Amended Complaint without leave to amend and dismissed the action with prejudice.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff; that this action is dismissed in its entirety and with prejudice; that Plaintiff is to recover nothing from Defendant; and that Defendant be entitled to recover its costs of suit from Plaintiff.

DATED: November 12, 2025

_____
SUNSHINE S. SYKES
United States District Judge